Case 2:21-cv-00031   Document 90   Filed on 12/04/23 in TXSD   Page 1 of 4
United States District Court
Southern District of Texas
**ENTERED**
December 04, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ROBERT M. LOERA, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:21-CV-00031 |
| § | |
| KINGSVILLE INDEPENDENT SCHOOL § | |
| DISTRICT, *et al.*, § | |
| § | |
| Defendants. § | |

**MEMORANDUM AND RECOMMENDATION TO**
**GRANT PLAINTIFF'S PARTIAL MOTION TO DISMISS**

In this action, Plaintiff has alleged claims under 20 U.S.C. § 1681, et seq. (Title IX) for a sex-based hostile educational environment, as well as deliberate indifference claims under 42 U.S.C. § 1983. (D.E. 85). The current defendants are: (1) Kingsville Independent School District (KISD); (2) Gabriel Xavier Villarreal; and (3) Israel Villarreal. Trial is set for March 18, 2024.

KISD is represented by counsel and has actively participated in this litigation. Gabriel Xavier Villarreal has neither filed an answer nor made an appearance in this action. The undersigned could not locate an answer filed by Israel Villarreal on the Court's electronic docket. However, Plaintiff's counsel represented in a motion for continuance that Israel Villarreal filed an answer, however, his lawyer died and Mr. Villarreal has not hired replacement counsel. (D.E. 41, p. 1, FN1). The record reflects both Defendants Gabriel Xavier Villarreal and Israel Villarreal received formal service of process in person.

(D.E. 1-3, pp. 1-5). Nevertheless, neither Gabriel Villarreal nor Israel Villarreal has actively participated in this litigation.

Pending is Plaintiff's Motion to Dismiss his claims against Defendants Gabriel Xavier Villarreal and Israel Villarreal filed on October 31, 2023. (D.E. 89). KISD has not filed a response or objection to the dismissal of these defendants. The Motion is considered unopposed because more than 21 days have passed since it was docketed and no response has been filed. *See* S.D. Tex. Local Rule 7.3 ("Opposed motions will be submitted to the judge 21 days from filing without notice from the clerk and without appearance by counsel."); and Local Rule 7.4 (Failure to respond to a motion "will be taken as a representation of no opposition.") The Motion is ripe for the Court's consideration.

Federal Rule of Civil Procedure 41 governs dismissal of a civil action at a plaintiff's request. Rule 41(a)(1) allows a plaintiff to dismiss an action without a court order before the opposing party serves either an answer or a motion for summary judgment. Rule 41(a)(2) provides that after a defendant serves an answer or a motion for summary judgment, and absent the defendant's consent, "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). In general, such "motions for voluntary dismissal should be freely granted," *Elbaor v. Tripath Imaging, Inc.*, 279 F.3d 314, 317 (5th Cir. 2002). However, "if a defendant will suffer some cognizable prejudice greater than the mere prospect of a second lawsuit, voluntary dismissal without prejudice should be denied." *Hartford Accident & Indem. Co. v. Costa Lines Cargo Servs. Inc.*, 903 F.2d 352, 360 (5th Cir. 1990). The

primary purpose of Rule 41(a)(2) is "to prevent voluntary dismissals which unfairly affect the other side, and to permit the imposition of curative conditions." *Manshack v. Sw. Elec. Power Co.*, 915 F.2d 172, 174 (5th Cir. 1990).

As it appears neither Defendant Gabriel Xavier Villarreal nor Israel Villarreal has filed an answer, the undersigned finds dismissal of these defendants is appropriate. Further, to the extent either of these defendants has appeared before this Court, the undersigned finds neither would suffer cognizable prejudice greater than the prospect of a second lawsuit because neither participated to any significant degree in the instant action. Therefore, the undersigned respectfully **RECOMMENDS** Plaintiff's Motion to Dismiss his claims against Defendants Gabriel Xavier Villarreal and Israel Villarreal (D.E. 89) be **GRANTED** and Plaintiff's claims against these defendants be **DISMISSED without prejudice**.

Plaintiff's claims against KISD remain pending.

Respectfully submitted on December 4, 2023.

                                                 Jason B. Libby
                                      United States Magistrate Judge

## **NOTICE TO PARTIES**

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within **FOURTEEN (14) DAYS** after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1), General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within FOURTEEN (14) DAYS after being served with a copy shall bar that party, except upon grounds of *plain error,* from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court. *Douglass v. United Servs. Auto Ass'n,* 79 F.3d 1415 (5th Cir. 1996) (en banc).