United States District Court
Southern District of Texas
**ENTERED**
April 17, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DIVISION OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROBERT M. LOERA, *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 2:21-cv-31 |
| KINGSVILLE INDEPENDENT SCHOOL DISTRICT, *Defendant.* | § § § § | JURY TRIAL REQUESTED |

## FINAL JUDGMENT

On March 18, 2024, the trial of the above-referenced case began. Plaintiff Robert M. Loera appeared in person through his attorneys and announced ready for trial. Defendant Kingsville Independent School District appeared through its attorney and announced ready for trial. The Court determined that it had jurisdiction over the subject matter and the parties in this case. The Court then impaneled and swore in the Jury of eight men and women, which heard the evidence and arguments of counsel. The Court submitted questions, definitions, and instructions to the Jury. In response, the Jury made findings that the Court received, filed and entered into the record (Doc 118). Plaintiff now moves for entry on the verdict. The Court considered the motion and renders judgment for the Plaintiff.

Therefore, the Court orders that Plaintiff Loera recover the sum of Two Hundred and Fifty Thousand Dollars ($250,000.00 USD) and his court costs from Defendant Kingsville Independent School District.

Additionally, the Court awards prejudgment interest on the sums at the annual rate of 5% per annum, to be paid from February 5, 2021, until the entry of this judgment.

Post judgment interest is payable on all of the above amount allowable by law at the rate of 5.02% per annum from the date this judgment is entered until the date this judgment is paid. (*https://www.txs.uscourts.gov/page/post-judgment-interest-rates-2024*)

The Court orders execution to issue for this judgment.

The Court denies all relief not granted within this judgment.

This is a FINAL JUDGMENT

**SIGNED**, this ___ day of ___4/16/24___, 2024.

HONORABLE JUDGE NELVA G. RAMOS